UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF:

THE PETITION OF ALAIN SUURKASK,
AS THE OWNER OF A 2018 11ft YAMAHA
VX CRUISER HO MOTOR VESSEL FOR
EXONERATION FROM OR LIMITATION
OF LIABILITY

CASE NO. 8:19-cv-01474

          Petitioner,
_____/

## **MONITION**

TO THE MARSHAL OF THE UNITED STATED OF AMERICA FOR THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA:

TO ALL PARTIES having an interest in an incident relating to the 2018 11ft Yamaha VX Cruiser HO motor vessel, owned by ALAIN SUURKASK, the said incident having occurred on or about July 1, 2018 on navigable waters of the United States at or near Boat Ramp B in Bayport Park, which leads out to the Weeki Wachee River, Florida, involving the operation of the said vessel and an injury alleged to have been suffered by claimants, and to their attorneys of record;

WHEREAS a Petition has been filed in this United States District Court by the Petitioner ALAIN SUURKASK, as owner of the 2018 11ft Yamaha VX Cruiser HO motor vessel, praying for exoneration from liability for any act, matter or thing, loss, damage, injury or forfeiture, done, occasioned or incurred by reason of the incident occurring on or about July 1, 2018 while the said vessel was in use and operation on navigable waters of the United States, and for the reasons mentioned in the Petition, and praying that a Monition issue out of this Court citing all persons claiming for any act, matter or thing, loss, damage, injury or forfeiture, done, occasioned or incurred by reason of the aforementioned occurrence, to appear before this Court and to make due

proof of their respective claims and answer to the allegations of the Petition, and that if it shall appear that the Petitioner is not liable for any such loss or damage or injury, it may be so decreed by this Court; and

WHEREAS, Petitioner has filed herein an *Ad Interim* Stipulation for Costs and Value, representing the value of Petitioner's interest in the subject Vessel, within fifteen (15) days after the entry of an Order herein appraising the value of Petitioner's interest in the Vessel, will pay the amount so fixed into this Court or will file with the Court a stipulation for value in the usual form and with approved surety;

YOU ARE THEREFORE COMMANDED to cite all persons or corporations claiming against the Petitioner for any act, matter or thing, loss, damage, injury or forfeiture, done, occasioned or incurred by reason of the aforesaid incident occurring on or about July 1, 2018 relating to the said vessel owned by the Petitioner, and all persons claiming damages or asserting liens against the said vessels, their equipment, proceeds or pending freight, and against the said owner, to file their claims with the Clerk of this Court in writing and under oath, and serve by hand or mail on Petitioner's attorneys, Jacqueline L. Goldman, Esq., Goldman & Hellman, 8751 W. Broward Boulevard, Suite 404, Fort Lauderdale, Florida 33324, a copy thereof on or before August 23, 2019 or be defaulted.

DONE AND ORDERED in Tampa, Florida on this 25 day of June 2019.

*Amanda Arnold Sansone*
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record